UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL MEALING,

    Plaintiff,

v.

CITY OF RIDGEFIELD, WASHINGTON; RIDGEFIELD POLICE DEPARTMENT; RIDGEFIELD POLICE CHIEF BRUCE HALL; BRUCE HALL in his individual capacity; RIDGEFIELD CITY MANAGER GEORGE FOX, and GEORGE FOX in his individual capacity,

    Defendants.

Case No. C05-5778FDB

ORDER TO PLAINTIFF'S COUNSEL TO ADVISE COURT OF INTENTIONS RE REPRESENTATION

    Plaintiff's Counsel's motion to withdraw was denied until either new counsel appeared of Plaintiff advised that he would be proceeding pro se, and such notice was to have been given to the Court Monday, February 5, 2007. No response has been filed. ACCORDINGLY,

    IT IS ORDERED: By no later than, **FRIDAY, FEBRUARY 16, 2007** Plaintiff's Counsel Jay William Trumble shall assist Plaintiff in submitting to the Court in writing Plaintiff Mealing's intentions with respect to new counsel or proceeding pro se. Failure to abide by the Court's Order may result in sanctions, including dismissal.

    DATED this 12th day of February, 2007.

                                     FRANKLIN D. BURGESS
                                     UNITED STATES DISTRICT JUDGE

ORDER - 1