UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL MEALING,

    Plaintiff,

v.

CITY OF RIDGEFIELD, WASHINGTON; RIDGEFIELD POLICE DEPARTMENT; RIDGEFIELD POLICE CHIEF BRUCE HALL; BRUCE HALL in his individual capacity; RIDGEFIELD CITY MANAGER GEORGE FOX, and GEORGE FOX in his individual capacity,

    Defendants.

Case No. C05-5778FDB

ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT AND CROSS-CLAIM PLAINTIFF GEORGE FOX

    This matter came before the Court on the Motion of Donald A. Greig and Landerholm, Memovich, Lansverk & Whitesides, P.S. to withdraw as co-counsel for Defendant and Cross-claim Plaintiff George Fox. Fox would continue to be represented by Patricia K. Buchanan and the law firm of Lee, Smart, Cook, Martin & Patterson, P.S., Inc. The proper notifications having been made, the Court having considered the motion and the supporting declaration of Donald A. Greig, and there being no opposition, the Court will grant the motion. NOW, THEREFORE,

    IT IS ORDERED: Motion of Attorneys for Defendant and Cross-Claim Plaintiff George Fox to Withdraw [Dkt. # 78] is GRANTED.

    DATED this 22nd day of February, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1