UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL MEALING,

    Plaintiff,

v.

CITY OF RIDGEFIELD, WASHINGTON; RIDGEFIELD POLICE DEPARTMENT; RIDGEFIELD POLICE CHIEF BRUCE HALL; BRUCE HALL in his individual capacity; RIDGEFIELD CITY MANAGER GEORGE FOX, and GEORGE FOX in his individual capacity,

    Defendants.

Case No. C05-5778FDB

ORDER RE PLAINTIFF'S REPRESENTATION

    Plaintiff's counsel, Jay William Trumble, has responded to the Court's Order of February 12, 2007 [Dkt. # 77] regarding his motion to withdraw and his client's intentions about obtaining new counsel or proceeding pro se. To simplify matters for Plaintiff, Mr. Trumble states that he has taken a brief leave from his new employment, that he will file responses in opposition to the City of Ridgefield's Motion for Summary Judgment and to Bruce Hall's Motion for Summary Judgment, but requests that the Court grant Mr. Trumble's motion to withdraw following service and filing of the aforementioned oppositions. Plaintiff Mealing states in his deposition that he will continue to work to find counsel to represent him in this matter.

    Once Mr. Trumble has filed his oppositions to the pending summary judgment motions, the Court will address his motion to withdraw. SO ORDERED.

    DATED this 22nd day of February, 2007.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1