UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL MEALING,

    Plaintiff,

v.

CITY OF RIDGEFIELD, WASHINGTON; RIDGEFIELD POLICE DEPARTMENT; RIDGEFIELD POLICE CHIEF BRUCE HALL; BRUCE HALL in his individual capacity; RIDGEFIELD CITY MANAGER GEORGE FOX, and GEORGE FOX in his individual capacity,

    Defendants.

Case No. C05-5778FDB

ORDER THAT PLAINTIFF ADVISE COURT OF INTENTIONS RE PROSECUTION OF THIS CASE

In an earlier order regarding Plaintiff's representation, entered February 23, 2007, this Court stated that it would address Plaintiff's counsel's motion to withdraw after he filed responses to the pending summary judgment motions. Plaintiff's counsel, Jay Trumble, having filed responses on behalf of Plaintiff to the pending motions for summary judgment, and the Court now having entered orders granting the summary judgment motions filed by Defendants City of Ridgefield and Ridgefield Police Department, and Bruce Hall, and denying Plaintiff's motion for a voluntary dismissal, now addresses Mr. Trumble's motion to withdraw. Mr. Trumble will be allowed to withdraw once Plaintiff Mealing files a document stating his intentions regarding this case.

ORDER - 1

NOW, THEREFORE, IT IS ORDERED:

1. Plaintiff Carl Mealing shall file a document by no later than **Friday, April 6, 2007**, stating whether he will proceeding with this case pro se (representing himself) or whether he has employed new counsel who shall by Friday, April 6, 2007 enter an appearance.  Failure to abide by the Court's order may result in sanctions, including dismissal of the remainder of this cause of action.

2. Once Plaintiff has complied with the foregoing directive, the Court will enter an Order allowing Mr. Trumble to withdraw.

DATED this 19th day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2