1

2

3

4

5                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
6                                      AT TACOMA

7    CARL MEALING,

8                   Plaintiff,

9           v.                                    Case No. C05-5778FDB

10   CITY OF RIDGEFIELD, WASHINGTON;              ORDER GRANTING MOTION OF
     RIDGEFIELD POLICE DEPARTMENT;                JAY WILLIAM TRUMBLE TO
11   RIDGEFIELD POLICE CHIEF BRUCE                WITHDRAW AS PLAINTIFF'S
     HALL; BRUCE HALL, in his individual          COUNSEL, SUBSTITUTE COUNSEL
12   capacity; RIDGEFIELD CITY MANAGER            HAVING APPEARED
     GEORGE FOX; and GEORGE FOX in his
13   individual capacity,

14                  Defendants.

15          The Court's Order of March 19, 2005 provided that once Plaintiff had complied with the

16   Court's directive to advise how he intended to proceed with this case, that the Court would address

17   the motion of Plaintiff's counsel, Jay William Trumble, to withdraw.  Plaintiff has now complied, and

18   Mark B. Shepherd has appeared as counsel for Plaintiff Mealing.  ACCORDINGLY,

19          IT IS ORDERED: Motion of Jay William Trumble to Withdraw [Dkt. # 54] is GRANTED,

20   substitute counsel having appeared.

21          DATED this 6th  day of April, 2007.

22

23                                               FRANKLIN D. BURGESS
                                                 UNITED STATES DISTRICT JUDGE
24

25

26   ORDER - 1